UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-180-RJC
(3:05-cr-260-RJC-1)

| | |
|---|---|
| **SUDAMA LEROY GIBBONS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Respondent's timely motion to stay this collateral proceeding, which is unopposed by Petitioner, until the Fourth Circuit issues an order resolving the Respondent's petition for rehearing en banc in <u>Whiteside v. United States</u>, 748 F.3d 541 (4th Cir. 2014). For the reasons stated in the motion, the Court finds that good cause exists to grant the stay.

**IT IS, THEREFORE, ORDERED** that Respondent's motion to stay is **GRANTED**, (Doc. No. 15), and this matter is stayed pending the Fourth Circuit's ruling on Respondent's petition for rehearing en banc. Respondent shall notify the Court within three days from the date the Fourth Circuit's rules on the petition for rehearing en banc.

**IT IS SO ORDERED.**

Signed: July 3, 2014

_____
Robert J. Conrad, Jr.
United States District Judge